

**IN THE**
**TENTH COURT OF APPEALS**

**No. 10-23-00031-CR**
**No. 10-23-00032-CR**
**No. 10-23-00033-CR**

**EX PARTE KELLY ANN NEWMAN**

**From the County Court at Law No. 1**
**Brazos County, Texas**
**Trial Court Nos. 17-02130-CRM-CCL1,**
**17-02131-CRM-CCL1, and 19-00278-CRM-CCL1**

## MEMORANDUM  OPINION

In each of these three cases, Kelly Ann Newman appeals from the denial of her pretrial application for writ of habeas corpus seeking bail reduction.  Newman has now filed a "Motion to Nonsuit & Dismiss Application for Writ of Habeas Corpus," stating that these appeals have been rendered moot.

We construe Newman's "Motion to Nonsuit & Dismiss Application for Writ of Habeas Corpus" as a motion to dismiss these appeals.  *See* TEX. R. APP. P. 42.2(a). Newman, however, did not personally sign the motion.  *See id.*  The motion to dismiss

appeal is therefore denied because it does not comply with Rule of Appellate Procedure 42.2(a). *See id.*

Nevertheless, on February 2, 2023, the trial court revoked Newman's community supervision in each of the underlying cases after accepting Newman's plea of true to the allegations in the State's motion to revoke; therefore, Newman is no longer subject to pretrial confinement. Accordingly, these appeals challenging the trial court's denial of Newman's pretrial applications for writ of habeas corpus have been rendered moot. *See Ex parte Tucker*, 3 S.W.3d 576, 576 (Tex. Crim. App. 1999) (per curiam); *Martinez v. State*, 826 S.W.2d 620, 620 (Tex. Crim. App. 1992); *see also Ex parte Poulis*, No. 03-19-00906-CR, 2020 WL 4726744, at *1 (Tex. App.—Austin Aug. 12, 2020, no pet.) (mem. op., not designated for publication). We thus dismiss these appeals as moot.


MATT JOHNSON
Justice

Before Chief Justice Gray,
    Justice Johnson, and
    Justice Smith
Dismissed
Opinion delivered and filed February 15, 2023
Do not publish
[CR25]



Ex parte Newman          Page 2